# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR1283 MMA |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RAYSHAN THOMAS (8) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X    the Court has granted the motion of the Government for dismissal, of the offenses as charged in the Indictment 21 USC 952, 960, 963 and 21 USC 841(a)(1), 846: Conspiracy to Import Controlled Substances, Distribute Methamphetamine and Heroin.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 2/13/2017

Hon. Michael M. Anello
United States  District Judge

FILED

FEB 2 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY